IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAYLE M. WILSON**,                                      Civil No. 09-6355-PK

        Plaintiff,

                                    O R D E R

    v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.
_____

      Drew L. Johnson
      1700 Valley River Drive
      Eugene, Oregon  97405

      Kathryn Tassinari
      Harder, Well, Baron & Manning, P.C.
      474 Willamette, Suite 200
      Eugene, Oregon  97401

          Attorneys for Plaintiff

Dwight C. Holton
United States Attorney
District of Oregon
Adrian L. Brown
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600  Portland, Oregon  97204

      Attorneys for Defendant

KING, Judge:

      The Honorable Paul Papak, United States Magistrate Judge, filed Amended Findings and Recommendation on January 11, 2011.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Papak's Findings and Recommendation dated January 11, 2011 (#23) in its entirety.

      IT IS HEREBY ORDERED that the Commissioner's decision is reversed and remanded for a finding of disability.

      DATED this ____15ᵗʰ____ day of February, 2011.

              /s/ Garr M. King
                   GARR M. KING
              United States District Judge

Page 2 - ORDER