IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAYLE M WILSON**,                                  Civil No. 09-CV-06355-PK

       Plaintiff,

                              O R D E R

   v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security Administration,

       Defendant.
_____

     Drew L. Johnson, P.C.
     1700 Valley River Drive
     Eugene, OR 97405

     Kathryn Tassinari
     Harder, Wells, Baron & Manning, P.C.
     474 Willamette, Suite 200
     Eugene, OR 97401

        Attorneys for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
United States Attorney's Office
1000 S.W. Third Ave., Suite 600
Portland, OR 97204

Daphne Banay
Social Security Administration
701 Fifth Avenue, Suite #2900 M/S 901
Seattle, WA 98104-7075

      Attorneys for Defendant


KING, Judge:

      The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 29, 2011.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Papak's Findings and Recommendation dated December 29, 2011 [32] in its entirety.


///


///


Page 2 - ORDER

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Attorney Fees [29] is granted and that Wilson's counsel be paid $6,516.39 out of Wilson's retroactive benefits award, as set forth in the accompanying order.

DATED this ___19th___ day of April, 2012.

        ___/s/ Garr M. King_____
                    GARR M. KING
             United States District Judge